IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>　　　　Petitioner,<br>　　vs.<br><br>J. WOODFORD,<br><br>　　　　Respondent.<br>_____/ | 1:05-CV-1477 REC DLB HC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS, AND DENYING MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(DOCUMENTS #7, 8) |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On May 1, 2006, the Court issued Findings and Recommendations recommending that the instant action be dismissed based on Petitioner's failure to respond to the Court's March 7, 2006, order. On May 15, 2006, Petitioner filed an Application to Proceed In Forma Pauperis and a certified copy of his prison trust account statement. Because Petitioner has now responded to the Court's March 7, 2006, order, the Court will vacate the Findings and Recommendations.

    Examination of the documents submitted in support of Petitioner's in forma pauperis application reveals that Petitioner is able to afford the costs of this action. Specifically, in the last six months, Petitioner has had an average balance of at least ($600.00) in his account. His current balance is $342.35.

///

///

///

1    Based on the foregoing, it is HEREBY ORDERED that:

2    1.   The Findings and Recommendations of May 1, 2006, is VACATED;

3    2.   The motion to proceed in forma pauperis is DENIED.  <u>See</u> 28 U.S.C. § 1915; and

4    3.   Petitioner is ORDERED to pay the five dollar ($5.00) filing fee within thirty (30)

5         days of the date of service of this order.  Failure to follow this order will result in the

6         dismissalof the Petition be dismissed pursuant to Local Rule 11-110.

7    IT IS SO ORDERED.

8    **Dated:  May 22, 2006**                                 **/s/ Robert E. Coyle**
     668554                                                   UNITED STATES DISTRICT JUDGE