## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>J. WOODFORD,<br><br>　　　　　Respondent.<br>_____/ | CV F   05-1477 OWW DLB HC<br><br>ORDER REGARDING PETITIONER'S MOTION REGARDING PAYMENT OF FILING FEE AND<br><br>[Doc. 7] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On May 22, 2006, the Court denied Petitioner's motion to proceed in forma pauperis finding that Petitioner had sufficient funds to pay the $5.00 filing fee for this action, and Petitioner was directed to pay the filing fee within thirty days from the date of service.  (Court Doc. 9.)

　　　　On June 8, 2006, Petitioner filed a motion entitled "Petitioner's Motion Paying Filings In Response To Court Order Dated 5/22/06." (Court Doc. 10.)  Petitioner states his application to proceed in forma pauperis previously filed in this case demonstrates that Petitioner attempted to send $90.00 check for payment of the filing fee for his actions filed in this Court on April 11, 2006.  However, examination of the application to proceed in forma pauperis, filed May 15, 2006 and attached to instant motion, does not support Petitioner's contention as it merely indicates that there $90.00 was withdrawn from Petitioner's account.  There is no indication as to the purpose

of the money or where the money went, nor has the Court received the $5.00 filing fee in this action.  Accordingly, IT IS HEREBY ORDERED:

1. Petitioner is granted an additional thirty (30) days from the date of service of this order, to submit the $5.00 filing fee for this action; and

2. Failure to comply with this order will result in the action be dismissed for failure to comply with a court order.  Local Rule 11-110  IT IS SO ORDERED.

**Dated:**   **November 15, 2006**           /s/ Oliver W. Wanger
emm0d6                                         UNITED STATES DISTRICT JUDGE