UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



RODERICK WASHINGTON,

vs.

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:05-CV-1477 OWW/DLB HC

J. WOODFORD,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____     Granted for the following reason:

_____

_____

_____

_____

__X__     Denied for the following reason:
PRIOR PETITION DENIED CASE DISMISSED FOR
FAILURE TO PAY FILING FEE IN 2006.

_____

_____

Dated: 2-8-08

_____
OLIVER W. WANGER
United States District Judge